CHIABIALA BAEVITZ, Appellant, v. HYMAN LEVISON, KATE BLONSKY and KINGS
COUNTY LIGHTING COMPANY, Respondents. ZABEL LUDIN, etc., Defendant.—
Judgments unanimously affirmed, with costs to each respondent. Plaintiff failed
to make out a cause of action as against any of the defendants. The electrician
was an employee of an independent contractor, and the owners are not responsible
for his act, done within the scope of the work. The participation of the employee
of defendant lighting company in searching for a leak in the gas pipes was
without the scope of his employment. Therefore, the remarks of the trial justice,

* See Civ. Prac. Act, § 120 *et seq.*— [REP.

while prejudicial to plaintiff, do not compel reversal of the judgments. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.